UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>    Plaintiffs,<br>v.<br><br>TRES CAMBEROS<br><br>    Defendant. | Case No.: 06-C-0191<br><br>Hon. Rudolph T. Randa |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

b) Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred Eighty-Five Dollars. ($285.00).

d) Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "So Fresh, So Clean," on album "Stankonia," by artist "Outkast" (SR# 306-741);
- "Foe Life," on album "Mack 10," by artist "Mack 10" (SR# 210-237);
- "Ride Wit Me," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "Stranger In My House," on album "A Nu Day," by artist "Tamia" (SR# 293-084);
- "Only in California," on album "Based on a true story," by artist "Mack 10" (SR# 191-356);
- "Gangsta Gangsta," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: August 11, 2006         By:  s/ Rudolph T. Randa
                                    Hon. Rudolph T. Randa
                                    United States District Judge

Default judgment entered this 11th day of August, 2006.

                                        SOFRON B. NEDILSKY
                                        Clerk of Court


                                        By: s/ Linda M. Zik
                                                Deputy Clerk